IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,

       Plaintiff,                                 CASE NO. 1:17 - cv- 21518-JEM

v.

ROAL, LLC

       Defendant.

_____ /

## **JONT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, by and through undersigned counsel, hereby **STIPULATE AND AGREE** that they have settled all matters between them at issue in this cause, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) respectfully request the Court enter an Order dismissing this cause with Prejudice against Defendant, with each party to bear their own fees and costs, except as otherwise provided in the parties' settlement agreement, and with this Court retaining jurisdiction for enforcement purposes.

AGREED and STIPULATED on this 28th day of June, 2017.

| | |
|---|---|
| **LAUREN N. WASSENBERG, ESQ** | **SMITH, CURRIE & HANCOCK LLP** |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 1825 NW Corporate Blvd STE 110 | 101 N.E. Third Avenue, Suite 1910 |
| Boca Raton Florida, 33431 | Fort Lauderdale, Florida 33301 |
| Ph: 561-571-0646 | Primary email: afhaimo@smithcurrie.com |
| Email: WassenbergL@gmail.com | Secondary email: rweiner@smithcurrie.com |
| | |
| By: \_\_Lauren N. Wassenberg_____ | By: \_s/Adam F. Haimo_____ |
| Lauren N. Wassenberg, Esq. | Adam F. Haimo, Esq. |
| Florida Bar No. 34083 | Florida Bar No. 0502731 |

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 28th day of June 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel or record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: __Lauren N. Wassenberg_____
Lauren N. Wassenberg, Esq.
Florida Bar No. 34083